FILED by _DJ_ D.C.
ELECTRONIC

**Jul 3 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

THE REPUBLIC OF HAITI and
TELECOMMUNICATIONS D'HAITI
S.A.M.,

     Plaintiffs,

v.

JEAN-BERTRAND ARISTIDE,
FAUBERT GUSTAVE,
RODNEE DESCHINEAU,
LESLY LAVELANET,
FRED BELIARD
ALPHONSE INEVIL,
JEAN RENE DUPERVAL,
ADRIAN CORR, and
MONT SALEM MANAGEMENT, LTD.,

     Defendants.

CIVIL ACTION NO: 05-CIV-22852
     COOKE/BROWN

JURY TRIAL DEMANDED

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs The Republic of Haiti and

Telecommunications d'Haiti S.A.M., by counsel, hereby voluntarily dismiss the above-captioned

action without prejudice.

Respectfully submitted,

/S/ Mitchell S. Fuerst
Mitchell S. Fuerst
Fla. Bar No. 264598
RODRIGUEZ, O'DONNELL, ROSS, FUERST
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131

8/gp

Marc S. Palay
Eric W. Bloom
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 282-5000
Fax:  (202) 282-5100

Jerome W. Pope
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 558-5600
Fax:  (312) 558-5700

June 30, 2006