IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: ~~04-CIV-23176~~-COOKE/BROWN
05-22852

THE REPUBLIC OF HAITI and
TELECOMMUNICATIONS
D'HAITI S.A.M.,

    *Plaintiffs,*

vs.

JEAN-BERTRAND ARISITIDE,
*et al.,*

    *Defendants.*
_____/

**CLOSED CIVIL CASE**

FILED by JAm D.C.
MGC
JUL - 7 2006

## FINAL ORDER OF DISMISSAL AND DENYING ALL PENDING MOTIONS AS MOOT

**THIS CAUSE** came before the Court upon the Plaintiffs' Notice of Dismissal **[D.E. 8]**, filed July 3, 2006. The Court having reviewed the Notice and being otherwise advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Clerk of the Court shall **CLOSE** the above-captioned matter and **DENY ALL PENDING MOTIONS AS MOOT.**

**DONE AND ORDERED** in chambers at Miami-Dade County, Miami, Florida, this 7 day of July, 2006.

                                                                                                                                                *[signature]*
                                                  **THE HONORABLE MARCIA G. COOKE**
                                                  **UNITED STATES DISTRICT COURT JUDGE**

cc:

*All Counsel of Record*